```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FAYLAH LEBIE                       :
                                   :
               Plaintiff,          :
                                   :       CIVIL ACTION
      v.                           :
                                   :       NO. 13-cv-6819
DARBY BOROUGH and                  :
P/O PAUL McGRENERA                 :
               Defendants.         :
                                   :
                                   :
```

**ORDER**

    AND NOW, this 13th day of May, 2014, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 10) and Plaintiff's Response Thereto (Doc. No. 14), it is hereby ORDERED that Defendants' Motion is GRANTED pursuant to Fed. R. Civ. P. 12(b)(6). Count II of Plaintiff's Amended Complaint (Doc. No. 10) is hereby DISMISSED without prejudice. Plaintiff may submit a Second Amended Complaint within fifteen (15) days of this Order.

                                                BY THE COURT:


                                       s/J. Curtis Joyner

                                       J. CURTIS JOYNER, J.